NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov
*Representing the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JAVIER REYES-ALAS,<br><br>            Defendant. | Case No. 2:19-mj-00378-VCF<br><br>**Stipulation To Continue Preliminary Hearing Date**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for JAVIER REYES-ALAS, ("Reyes"), that the preliminary hearing date in the abovementioned case, which is currently scheduled for August 7, 2019, at 4:00 p.m., be continued and reset to a date and time convenient to this Court, but for a period of not less than sixty (60) days for the following reasons:

1. On or about May 24, 2019, Reyes appeared on the complaint and was detained pending a preliminary hearing, which is currently scheduled for August 7, 2019.

An ICE detainer has been filed against him because he is believed to be an alien, that is a citizen of Honduras and not a United States citizen, who is unlawfully in the United States.

2. The parties have agreed to continue the preliminary hearing date for at least sixty days so that the government can produce discovery, including a copy of Reyes's A file, to defense counsel so that it can be reviewed by Reyes and his counsel prior to the hearing. The parties are hopeful that once discovery has been reviewed, a pre-hearing plea can be negotiated by written agreement. Failing a negotiated resolution, the defense will need additional time to complete any pre-hearing investigation deemed necessary to properly prepare for the preliminary hearing. Accordingly, the parties request that the preliminary hearing be continued and reset to a date and time convenient to this Court, but for a period not less than sixty days.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which to review the discovery and conduct pre-litigation investigation prior to the preliminary hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy preliminary hearing.

//

//

//

//

This is the second stipulation to continue the preliminary hearing filed herein.

DATED this 1st day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   |   |
|    */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender |    */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JAVIER REYES-ALAS,<br><br>                    Defendant. | Case No. 2:19-mj-00378-VCF<br><br>**Findings Of Fact, Conclusions Of Law And Order** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:


1.      On or about May 24, 2019, defendant Reyes appeared on the complaint and was detained pending a preliminary hearing, which is currently scheduled for August 7, 2019.  An ICE detainer has been filed against him because he is believed to be an alien, that is a citizen of Honduras and not a United States citizen, who is unlawfully in the United States.

2.      The parties have agreed to continue the preliminary hearing date for at least sixty days so that the government can produce discovery, including a copy of Reyes's A file, to defense counsel so that it can be reviewed by Reyes and his counsel prior to the hearing. The parties are hopeful that once discovery has been reviewed, a pre-hearing plea can be negotiated by written agreement. Failing a negotiated resolution, the defense will need additional time to complete any pre-hearing investigation deemed necessary to properly prepare for the preliminary hearing. Accordingly, the parties

request that the preliminary hearing be continued and reset to a date and time convenient to this Court, but for a period not less than sixty days.

    3.    The defendant is incarcerated and does not object to the continuance.

    4.    The parties agree to the continuance.

    5.    The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which to review the discovery and conduct pre-litigation investigation prior to the preliminary hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy preliminary hearing.

    7.    This is the second stipulation to continue the preliminary hearing filed herein.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters, currently scheduled for August 7, 2019, be vacated and continued to a date and time convenient to this Court, that is on October 7, 2019, at the hour of 4:00 p.m.

DATED this 1st day of August 2019.

_____
HONORABLE CAM FERENBACH
United States Magistrate Judge