# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAVIER REYES-ALAS,<br><br>    Defendant. | Case No. 2:19-cr-00264-KJD-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, February 18, 2020 at 9:00 a.m., be vacated and continued to March 10, 2020 at the hour of _9_:_00_ a .m.; or to a time and date convenient to the court.

DATED this 14 day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE